■ STATE BANK OF TEXAS, Respondent, v KAANAM, LLC, Defendant, and MILIND K. OZA et al., Appellants. (Appeal No. 2.) [990 NYS2d 426]—Appeal from an order of the Supreme Court, Chautauqua County (John A. Michalek, J.), entered September 25, 2012. The order denied the motion of defendants Milind K. Oza and Nayna M. Oza seeking, inter alia, leave to renew.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *State Bank of Texas v Kaanam, LLC* ([appeal No. 1] 120 AD3d 900 [2014]). Present—Scudder, P.J., Fahey, Lindley, Valentino and Whalen, JJ.